U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 DEC -2  P 12: 40

DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:22-Cr-146-NT |
| | ) | |
| JOSEPH ZOLL | ) | |
| | ) | |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### (Sexual Exploitation of Children)

On about July 19, 2020, in the District of Maine and elsewhere, the defendant,

### JOSEPH ZOLL,

did attempt to and did employ, use, persuade, induce, entice, and coerce a minor to engage in

sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for

the purpose of transmitting a live visual depiction of such conduct. The defendant knew and had

reason to know that such visual depiction would be transported and transmitted using any means

and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce. The visual depiction was transported and transmitted using any means and facility of

interstate and foreign commerce and in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO
### (Receipt of Child Pornography)

Between about July 9, 2020, and July 10, 2020, in the District of Maine, the defendant,

## JOSEPH ZOLL,

knowingly received child pornography, as that term is defined by Title 18, United States Code, Section 2256(8)(A). The defendant received the child pornography using a means and facility of interstate and foreign commerce, and the child pornography had been shipped and transported in and affecting interstate and foreign commerce by computer. Specifically, the defendant used the internet and the chat application Skype to receive digital video files depicting sexually explicit conduct that were produced using a minor engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT THREE
### (Distribution of Child Pornography)

On about May 31, 2021, in the District of Maine, the defendant,

## JOSEPH ZOLL,

knowingly distributed child pornography, as that term is defined by Title 18, United States Code, Section 2256(8)(A). The defendant distributed the child pornography using a means and facility of interstate and foreign commerce. Specifically, the defendant used the internet and the chat application Skype to distribute a digital video file depicting sexually explicit conduct that was produced using a minor engaged in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT FOUR
### (Coercion and Enticement of a Minor)

Between about March 30, 2020, and about June 10, 2022, in the District of Maine and elsewhere, the defendant,

### JOSEPH ZOLL,

did attempt to and did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, to include the production of child pornography, as defined in Title 18, United States Code, Section 2256(8).

In violation of Title 18, United States Code, Sections 2422(b) and 2427.

## FIRST FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2251(a), 2252A(a)(2)(A), or 2252A(a)(5)(B), the defendant,

### JOSEPH ZOLL,

shall forfeit to the United States of America:

a.      Any visual depiction described in Title 18, United States Code, section 2251 or 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

3

c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

## SECOND FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422(b), the defendant,

### JOSEPH ZOLL,

shall forfeit to the United States of America:

a.      Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

b.      Any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant U.S. Attorney

Date: DECEMBER 2 2022

4